IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SAMUEL VAZQUEZ-GONZALEZ d/b/a
GM HEALTH CARE DEL CARIBE,
**Plaintiffs**

v.                                                                       CIVIL NO. 05-1234(DRD)

TOMMY THOMPSON, et al.,
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 08/25/05  **Docket #5**<br>[X] **Plff**            [X] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION FOR DISMISSAL WITHOUT PREJUDICE | **GRANTED**. Because plaintiff, Samuel Vazquez-Gonzalez, d/b/a GM Health Care del Caribe, has appeared and requested dismissal without prejudice for its failure to serve process on the defendants pursuant to Rule 4(m), Fed.R.Civ.P., 28 U.S.C., the Court hereby **GRANTS** its request, and pursuant to Fed.R.Civ.P. 41(a)(1)(i) **DISMISSES** plaintiff's claims against all defendants **WITHOUT PREJUDICE**. **Judgment** shall be entered accordingly. **The Clerk of Court is INSTRUCTED to notify this Order to plaintiff's address of record. THIS CASE IS CLOSED FOR ALL STATISTICAL PURPOSES.** |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 26th day of August 2005.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE